**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> STEVEN P. TEMPLE <br> SHARON L. TEMPLE <br>     Debtor(s) <br> Ronda J. Winnecour, Trustee <br>     Movant <br>     vs. <br> STEVEN P. TEMPLE <br> SHARON L. TEMPLE <br><br>     Respondents | Case No. 12-70010JAD <br><br> Chapter 13 <br><br> Document No. 60 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this  23rd  day of  February , 2017, it is hereby ORDERED, ADJUDGED, and DECREED that,

> Laurel Food Systems
> Attn: Payroll Manager
> 4590 Campbells Run Rd
> Pittsburgh, PA 15205

is hereby ordered to immediately terminate the attachment of the wages of STEVEN P. TEMPLE, social security number XXX-XX-2125. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of STEVEN P. TEMPLE.

BY THE COURT:

_sjk_

UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

FILED
2/23/17 9:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Steven P. Temple
Sharon L. Temple
       Debtors

Case No. 12-70010-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7        User: amaz        Page 1 of 1        Date Rcvd: Feb 23, 2017
                            Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2017.
db/jdb        +Steven P. Temple,   Sharon L. Temple,   2932 Spruce Avenue,   Altoona, PA 16601-1677

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    JPMC Specialty Mortgage LLC f/k/a WM Specialty
               Mortgage LLC agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    JPMC Specialty agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Ann E. Swartz    on behalf of Creditor    JPMC Specialty Mortgage, LLC ecfmail@mwc-law.com
              James Warmbrodt    on behalf of Creditor    JPMC Specialty Mortgage LLC f/k/a WM Specialty
               Mortgage LLC bkgroup@kmllawgroup.com
              Marisa Myers Cohen    on behalf of Creditor    JPMC Specialty Mortgage, LLC mcohen@mwc-law.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Sharon L. Temple ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor Steven P. Temple ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 9