**Form 408**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Steven P. Temple
Sharon L. Temple**
Debtor(s)

Bankruptcy Case No.: 12–70010–JAD
Doc. #65
Chapter: 13
Docket No.: 66 – 65

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

**AND NOW,** this 29th day of March, 2017, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 4/25/17.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **5/5/17 at 10:00 AM in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **4/25/17.**

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                                  Case No. 12-70010-JAD
Steven P. Temple                                                                        Chapter 13
Sharon L. Temple
        Debtors                         CERTIFICATE OF NOTICE
District/off: 0315-7           User: skoz                   Page 1 of 3                   Date Rcvd: Mar 29, 2017
                               Form ID: 408                 Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2017.
db/jdb         +Steven P. Temple,    Sharon L. Temple,    2932 Spruce Avenue,    Altoona, PA 16601-1677
cr             +JPMORGAN CHASE BANK, N.A.,    10790 Racho Bernardo Road,    San Diego, CA 92127-5705
13268760       +Allegheny Regional Endoscopy,    810 Valley View Blvd.,    Altoona, PA 16602-6342
13268761        Altoona Emergency Phys,    P.O. Box 62282,    Baltimore, MD 21264-2282
13268762        Altoona Hospital,    620 Howard Avenue,    Altoona, PA 16601-4899
13268764        Amc Mortgage Services,    2077 N Main Street, Suite 1050,    Santa Ana, CA 92706
13268763       +Amc Mortgage Services,    Po Box 11000,    Santa Ana, CA 92711-1000
13301008       +BENEFICIAL CONSUMER DISCOUNT COMPANY,    636 GRAND REGENCY BLVD.,    BRANDON, FL 33510-3942
13268766       +Bank of America,    450 American Street,    Simi Valley, CA 93065-6285
13268767       +Beneficial/Hfc,    Po Box 3425,    Buffalo, NY 14240-3425
13268768       +Blair Gastro Associates,    810 Valley View Boulevard,    Altoona, PA 16602-6342
13268770      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,     Po Box 85520,    Richmond, VA 23285)
13268771       +Cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
13268772       +Central Credit Audit,    100 N 3rd Street,    Sunbury, PA 17801-2367
13268774      #+Collection Service Center,    Po Box 68,    Altoona, PA 16603-0068
13268775       +Commonwealth Financial,    237 N Main Street,    Dickson City, PA 18519-1651
13268776       +Credit Control,    2410 Broad Avenue,    Altoona, PA 16601-1940
13268777        Credit First,    6275 Eastland Road,    Brook Park, OH 44142-1399
13268778       +Fashion Bug,    Po Box 84073,    Columbus, GA 31908-4073
13268779       +Fashion Bug,    1103 Allen Drive,    Milford, OH 45150-8763
13268781       +Fncl Health,    12850 Middlebrook, Suite 307,    Germantown, MD 20874-5244
13268782       +G Jwl/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13268786       +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13380887       +JPMC Specialty Mortgage, LLC,    Attn: Correspondence Mail,    Mail Code: LA4-5555,
                700 Kansas Lane,    Monroe, LA 71203-4774
13326979       +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,    San Diego CA 92108-2709
13268788       +Pnc Mortgage,    6 N Main Street,    Dayton, OH 45402-1908
13268790       +Target Nb,    Po Box 673,    Minneapolis, MN 55440-0673
13268791       +Tnb - Target,    Po Box 673,    Minneapolis, MN 55440-0673
13268785      ++WACHOVIA BANK NA,    MAC X2303-01A,    1 HOME CAMPUS,    1ST FLOOR,    DES MOINES IA 50328-0001
               (address filed with court: Homeq Servicing,     Po Box 13716,    Sacramento, CA 95853)
13268792       +Web Bank/Dfs,    One Dell Way,    Round Rock, TX 78682-7000
13268793       +Wfnnb/Fashion Bug,    Po Box 182272,    Columbus, OH 43218-2272
13268794       +Wfnnb/Valucityroomstod,    Po Box 182303,    Columbus, OH 43218-2303

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 30 2017 01:56:34      Green Tree Servicing,LLC,
                7340 S. Kyrene Rd.,    Recovery Dept. T-120,    Tempe, AZ 85283-4573
13268765        E-mail/Text: g20956@att.com Mar 30 2017 01:49:31     AT & T Mobility,    1801 Valley View Lane,
                Dallas, TX 75234-8906
13268759       +E-mail/Text: ebn@ltdfin.com Mar 30 2017 01:47:55      Advantage Assetts,
                7322 Southwest Freeway,    Suite 1600,    Houston, TX 77074-2134
13268769        Fax: 814-946-3723 Mar 30 2017 02:12:51     Blair Medical Associates,    1414 9th Avenue,
                Altoona, PA 16602-2452
13268780       +E-mail/Text: bankruptcynotice@fcbanking.com Mar 30 2017 01:47:44      First Commonwealth Bank,
                601 Philadelphia Street,    Indiana, PA 15701-3952
13268783        E-mail/PDF: gecsedi@recoverycorp.com Mar 30 2017 01:57:35      Ge Money Bank Lowes,
                Po Box 103065,    Roswell, GA 30076
13268784       +E-mail/PDF: gecsedi@recoverycorp.com Mar 30 2017 01:57:35      Gecrb/Lowbrc,    Po Box 956005,
                Orlando, FL 32896-0001
13980457       +E-mail/PDF: gecsedi@recoverycorp.com Mar 30 2017 01:56:34      Green Tree Servicing LLC,
                7340 S. Kyrene Rd.,    Recovery Dept - T120,    Tempe, AZ 85283-4573
13370203        E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 30 2017 01:49:09      JEFFERSON CAPITAL SYSTEMS LLC,
                PO BOX 7999,    ST CLOUD MN 56302
13268787       +E-mail/Text: ebn@ltdfin.com Mar 30 2017 01:47:55      Ltd Financial Services,
                7322 Southwest Freeway,    Suite 1,    Houston, TX 77074-2010
13370516        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 30 2017 01:57:58
                Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk VA 23541
13268789       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 30 2017 01:57:57
                Portfolio Recovery & Affil,    120 Corporate Boulevard,    Suite 1,    Norfolk, VA 23502-4952
13290513       +E-mail/Text: bncmail@w-legal.com Mar 30 2017 01:49:00      TARGET NATIONAL BANK,
                C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            JPMC Specialty
cr            JPMC Specialty Mortgage LLC f/k/a WM Specialty Mor
cr            JPMC Specialty Mortgage, LLC
cr            JPMorgan Chase Bank, National Association
13268758      Steven P. Temple and Sharon L. Temple
13278132      Steven P. Temple and Sharon L. Temple
```

```
District/off: 0315-7           User: skoz                  Page 2 of 3                   Date Rcvd: Mar 29, 2017
                               Form ID: 408                Total Noticed: 45

cr*            ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
               (address filed with court:   JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,
                 ST CLOUD, MN  56302-9617)
13278139*       AT & T Mobility,    1801 Valley View Lane,    Dallas, TX 75234-8906
13278133*      +Advantage Assetts,    7322 Southwest Freeway,    Suite 1600,    Houston, TX 77074-2134
13278134*      +Allegheny Regional Endoscopy,    810 Valley View Blvd.,    Altoona, PA 16602-6342
13278135*       Altoona Emergency Phys,    P.O. Box 62282,    Baltimore, MD 21264-2282
13278136*       Altoona Hospital,    620 Howard Avenue,    Altoona, PA 16601-4899
13278137*      +Amc Mortgage Services,    Po Box 11000,    Santa Ana, CA 92711-1000
13278138*       Amc Mortgage Services,    2077 N Main Street, Suite 1050,    Santa Ana, CA 92706
13278140*      +Bank of America,    450 American Street,    Simi Valley, CA 93065-6285
13278141*      +Beneficial/Hfc,    Po Box 3425,    Buffalo, NY 14240-3425
13278142*      +Blair Gastro Associates,    810 Valley View Boulevard,    Altoona, PA 16602-6342
13278143*       Blair Medical Associates,    1414 9th Avenue,    Altoona, PA 16602-2452
13278144*      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court:   Cap One,    Po Box 85520,    Richmond, VA 23285)
13278145*      +Cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
13278146*      +Central Credit Audit,    100 N 3rd Street,    Sunbury, PA 17801-2367
13278147*      +Chase,   10790 Rancho Bernardo Road,    San Diego, CA 92127-5705
13278148*      +Collection Service Center,    Po Box 68,    Altoona, PA 16603-0068
13278149*      +Commonwealth Financial,    237 N Main Street,    Dickson City, PA 18519-1651
13278150*      +Credit Control,    2410 Broad Avenue,    Altoona, PA 16601-1940
13278151*       Credit First,    6275 Eastland Road,    Brook Park, OH 44142-1399
13278153*      +Fashion Bug,    1103 Allen Drive,    Milford, OH 45150-8763
13278152*      +Fashion Bug,    Po Box 84073,    Columbus, GA 31908-4073
13278154*      +First Commonwealth Bank,    601 Philadelphia Street,    Indiana, PA 15701-3952
13278155*      +Fncl Health,    12850 Middlebrook, Suite 307,    Germantown, MD 20874-5244
13278156*      +G Jwl/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13278157*       Ge Money Bank Lowes,    Po Box 103065,    Roswell, GA 30076
13278158*      +Gecrb/Lowbrc,    Po Box 956005,    Orlando, FL 32896-0001
13278160*      +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13278161*      +Ltd Financial Services,    7322 Southwest Freeway,    Suite 1,    Houston, TX 77074-2010
13278162*      +Pnc Mortgage,    6 N Main Street,    Dayton, OH 45402-1908
13278163*      +Portfolio Recovery & Affil,    120 Corporate Blvd,    Suite 1,    Norfolk, VA 23502-4952
13278164*      +Target Nb,    Po Box 673,    Minneapolis, MN 55440-0673
13278165*      +Tnb - Target,    Po Box 673,    Minneapolis, MN 55440-0673
13278159*      ++WACHOVIA BANK NA,    MAC X2303-01A,    1 HOME CAMPUS,    1ST FLOOR,    DES MOINES IA 50328-0001
               (address filed with court:   Homeq Servicing,    Po Box 13716,    Sacramento, CA 95853)
13278166*      +Web Bank/Dfs,    One Dell Way,    Round Rock, TX 78682-7000
13278167*      +Wfnnb/Fashion Bug,    Po Box 182272,    Columbus, OH 43218-2272
13278168*      +Wfnnb/Valucityroomstod,    Po Box 182303,    Columbus, OH 43218-2303
13268773      ##+Chase,   10790 Rancho Bernardo Road,    San Diego, CA 92127-5705
13279086      ##+Rjm Acquisitions Llc,    575 Underhill Blvd, Suite 224,    Syosset, NY 11791-3416
                                                                                              TOTALS: 6, * 37, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-7          User: skoz                  Page 3 of 3                  Date Rcvd: Mar 29, 2017
                              Form ID: 408                Total Noticed: 45
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2017 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor   JPMC Specialty agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Andrew F Gornall    on behalf of Creditor   JPMC Specialty Mortgage LLC f/k/a WM Specialty
           Mortgage LLC agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Ann E. Swartz    on behalf of Creditor   JPMC Specialty Mortgage, LLC ecfmail@mwc-law.com
          James  Warmbrodt    on behalf of Creditor   JPMC Specialty Mortgage LLC f/k/a WM Specialty
           Mortgage LLC bkgroup@kmllawgroup.com
          Marisa Myers Cohen    on behalf of Creditor   JPMC Specialty Mortgage, LLC mcohen@mwc-law.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.    on behalf of Joint Debtor Sharon L. Temple ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Paul W. McElrath, Jr.    on behalf of Debtor Steven P. Temple ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                  TOTAL: 9

Case 12-70010-JAD    Doc 67    Filed 03/31/17    Entered 04/01/17 00:57:06    Desc Imaged
Certificate of Notice    Page 4 of 4