| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Steven P. Temple** | Social Security number or ITIN  xxx–xx–2125 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Sharon L. Temple** | Social Security number or ITIN  xxx–xx–9764 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **12–70010–JAD** | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Steven P. Temple                Sharon L. Temple

<u>4/26/17</u>                      **By the court:**   <u>Jeffery A. Deller</u>
                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                   Case No. 12-70010-JAD
Steven P. Temple                                                         Chapter 13
Sharon L. Temple
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0315-7          User: amaz                  Page 1 of 3                  Date Rcvd: Apr 26, 2017
                              Form ID: 3180W              Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 28, 2017.
db/jdb         +Steven P. Temple,    Sharon L. Temple,    2932 Spruce Avenue,    Altoona, PA 16601-1677
cr             +JPMORGAN CHASE BANK, N.A.,    10790 Racho Bernardo Road,     San Diego, CA 92127-5705
13268760       +Allegheny Regional Endoscopy,    810 Valley View Blvd.,    Altoona, PA 16602-6342
13268761        Altoona Emergency Phys,    P.O. Box 62282,    Baltimore, MD 21264-2282
13268762        Altoona Hospital,    620 Howard Avenue,    Altoona, PA 16601-4899
13268764        Amc Mortgage Services,    2077 N Main Street, Suite 1050,    Santa Ana, CA 92706
13268763       +Amc Mortgage Services,    Po Box 11000,    Santa Ana, CA 92711-1000
13268768       +Blair Gastro Associates,    810 Valley View Boulevard,    Altoona, PA 16602-6342
13268771       +Cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
13268772       +Central Credit Audit,    100 N 3rd Street,    Sunbury, PA 17801-2367
13268774      #+Collection Service Center,    Po Box 68,    Altoona, PA 16603-0068
13268775       +Commonwealth Financial,    237 N Main Street,    Dickson City, PA 18519-1651
13268776       +Credit Control,    2410 Broad Avenue,    Altoona, PA 16601-1940
13268781       +Fncl Health,    12850 Middlebrook, Suite 307,    Germantown, MD 20874-5244
13268782       +G Jwl/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13380887       +JPMC Specialty Mortgage, LLC,    Attn: Correspondence Mail,    Mail Code: LA4-5555,
                 700 Kansas Lane,    Monroe, LA 71203-4774
13326979       +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,    San Diego CA 92108-2709
13268788       +Pnc Mortgage,    6 N Main Street,    Dayton, OH 45402-1908

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 27 2017 01:11:12      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
cr             +EDI: RMSC.COM Apr 27 2017 00:58:00      Green Tree Servicing,LLC,    7340 S. Kyrene Rd.,
                 Recovery Dept. T-120,    Tempe, AZ 85283-4573
13268765        EDI: CINGMIDLAND.COM Apr 27 2017 00:58:00      AT & T Mobility,    1801 Valley View Lane,
                 Dallas, TX 75234-8906
13268759       +EDI: LTDFINANCIAL.COM Apr 27 2017 00:58:00      Advantage Assetts,    7322 Southwest Freeway,
                 Suite 1600,    Houston, TX 77074-2134
13301008       +EDI: HFC.COM Apr 27 2017 00:58:00      BENEFICIAL CONSUMER DISCOUNT COMPANY,
                 636 GRAND REGENCY BLVD.,    BRANDON, FL. 33510-3942
13268766       +EDI: BANKAMER.COM Apr 27 2017 00:58:00      Bank of America,    450 American Street,
                 Simi Valley, CA 93065-6285
13268767       +EDI: HFC.COM Apr 27 2017 00:58:00      Beneficial/Hfc,    Po Box 3425,    Buffalo, NY 14240-3425
13268769        Fax: 814-946-3723 Apr 27 2017 01:43:38      Blair Medical Associates,    1414 9th Avenue,
                 Altoona, PA 16602-2452
13268770        EDI: CAPITALONE.COM Apr 27 2017 00:58:00      Cap One,    Po Box 85520,    Richmond, VA 23285
13268777        EDI: CRFRSTNA.COM Apr 27 2017 00:58:00      Credit First,    6275 Eastland Road,
                 Brook Park, OH 44142-1399
13268779       +EDI: WFNNB.COM Apr 27 2017 00:58:00      Fashion Bug,    1103 Allen Drive,
                 Milford, OH 45150-8763
13268778       +EDI: WFNNB.COM Apr 27 2017 00:58:00      Fashion Bug,    Po Box 84073,    Columbus, GA 31908-4073
13268780       +E-mail/Text: bankruptcynotice@fcbanking.com Apr 27 2017 01:10:57       First Commonwealth Bank,
                 601 Philadelphia Street,    Indiana, PA 15701-3952
13268783        EDI: RMSC.COM Apr 27 2017 00:58:00      Ge Money Bank Lowes,    Po Box 103065,
                 Roswell, GA 30076
13268784       +EDI: RMSC.COM Apr 27 2017 00:58:00      Gecrb/Lowbrc,    Po Box 956005,    Orlando, FL 32896-0001
13980457       +EDI: RMSC.COM Apr 27 2017 00:58:00      Green Tree Servicing LLC,    7340 S. Kyrene Rd.,
                 Recovery Dept - T120,    Tempe, AZ 85283-4573
13268786       +EDI: HFC.COM Apr 27 2017 00:58:00      Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13370203        EDI: JEFFERSONCAP.COM Apr 27 2017 00:58:00       JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,
                 ST CLOUD MN 56302
13268787       +EDI: LTDFINANCIAL.COM Apr 27 2017 00:58:00      Ltd Financial Services,    7322 Southwest Freeway,
                 Suite 1,    Houston, TX 77074-2010
13370516        EDI: PRA.COM Apr 27 2017 00:58:00      Portfolio Recovery Associates, LLC,    PO Box 12914,
                 Norfolk VA 23541
13268789       +EDI: PRA.COM Apr 27 2017 00:58:00      Portfolio Recovery & Affil,    120 Corporate Boulevard,
                 Suite 1,    Norfolk, VA 23502-4952
13290513       +E-mail/Text: bncmail@w-legal.com Apr 27 2017 01:11:29      TARGET NATIONAL BANK,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13268790       +EDI: WTRRNBANK.COM Apr 27 2017 00:58:00      Target Nb,    Po Box 673,
                 Minneapolis, MN 55440-0673
13268791        EDI: WTRRNBANK.COM Apr 27 2017 00:58:00      Tnb - Target,    Po Box 673,
                 Minneapolis, MN 55440-0673
13268785        EDI: WACHOVIA.COM Apr 27 2017 00:58:00      Homeq Servicing,    Po Box 13716,
                 Sacramento, CA 95853
13268792       +EDI: RCSDELL.COM Apr 27 2017 00:58:00      Web Bank/Dfs,    One Dell Way,
                 Round Rock, TX 78682-7000
13268793       +EDI: WFNNB.COM Apr 27 2017 00:58:00      Wfnnb/Fashion Bug,    Po Box 182272,
                 Columbus, OH 43218-2272
13268794       +EDI: WFNNB.COM Apr 27 2017 00:58:00      Wfnnb/Valucityroomstod,    Po Box 182303,
                 Columbus, OH 43218-2303
```

```
District/off: 0315-7          User: amaz                Page 2 of 3            Date Rcvd: Apr 26, 2017
                              Form ID: 3180W            Total Noticed: 46

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
                                                                                                  TOTAL: 28

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMC Specialty
cr              JPMC Specialty Mortgage LLC f/k/a WM Specialty Mor
cr              JPMC Specialty Mortgage, LLC
cr              JPMorgan Chase Bank, National Association
13268758        Steven P. Temple and Sharon L. Temple
13278132        Steven P. Temple and Sharon L. Temple
cr*            ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                 (address filed with court: JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,
                  ST CLOUD, MN  56302-9617)
13278139*       AT & T Mobility,    1801 Valley View Lane,    Dallas, TX 75234-8906
13278133*      +Advantage Assetts,    7322 Southwest Freeway,    Suite 1600,    Houston, TX 77074-2134
13278134*      +Allegheny Regional Endoscopy,    810 Valley View Blvd.,    Altoona, PA 16602-6342
13278135*       Altoona Emergency Phys,    P.O. Box 62282,    Baltimore, MD 21264-2282
13278136*       Altoona Hospital,    620 Howard Avenue,    Altoona, PA 16601-4899
13278137*      +Amc Mortgage Services,    Po Box 11000,    Santa Ana, CA 92711-1000
13278138*       Amc Mortgage Services,    2077 N Main Street, Suite 1050,    Santa Ana, CA 92706
13278140*      +Bank of America,    450 American Street,    Simi Valley, CA 93065-6285
13278141*      +Beneficial/Hfc,    Po Box 3425,    Buffalo, NY 14240-3425
13278142*      +Blair Gastro Associates,    810 Valley View Boulevard,    Altoona, PA 16602-6342
13278143*       Blair Medical Associates,    1414 9th Avenue,    Altoona, PA 16602-2452
13278144*      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
13278145*      +Cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
13278146*      +Central Credit Audit,    100 N 3rd Street,    Sunbury, PA 17801-2367
13278147*      +Chase,   10790 Rancho Bernardo Road,    San Diego, CA 92127-5705
13278148*      +Collection Service Center,    Po Box 68,    Altoona, PA 16603-0068
13278149*      +Commonwealth Financial,    237 N Main Street,    Dickson City, PA 18519-1651
13278150*      +Credit Control,    2410 Broad Avenue,    Altoona, PA 16601-1940
13278151*       Credit First,    6275 Eastland Road,    Brook Park, OH 44142-1399
13278153*      +Fashion Bug,    1103 Allen Drive,    Milford, OH 45150-8763
13278152*      +Fashion Bug,    Po Box 84073,    Columbus, GA 31908-4073
13278154*      +First Commonwealth Bank,    601 Philadelphia Street,    Indiana, PA 15701-3952
13278155*      +Fncl Health,    12850 Middlebrook, Suite 307,    Germantown, MD 20874-5244
13278156*      +G Jwl/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13278157*       Ge Money Bank Lowes,    Po Box 103065,    Roswell, GA 30076
13278158*      +Gecrb/Lowbrc,    Po Box 956005,    Orlando, FL 32896-0001
13278160*      +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13278161*      +Ltd Financial Services,    7322 Southwest Freeway,    Suite 1,    Houston, TX 77074-2010
13278162*      +Pnc Mortgage,    6 N Main Street,    Dayton, OH 45402-1908
13278163*      +Portfolio Recovery & Affil,    120 Corporate Boulevard,    Suite 1,    Norfolk, VA 23502-4952
13278164*      +Target Nb,    Po Box 673,    Minneapolis, MN 55440-0673
13278165*      +Tnb - Target,    Po Box 673,    Minneapolis, MN 55440-0673
13278159*      ++WACHOVIA BANK NA,    MAC X2303-01A,    1 HOME CAMPUS,    1ST FLOOR,    DES MOINES IA 50328-0001
                 (address filed with court: Homeq Servicing,    Po Box 13716,    Sacramento, CA 95853)
13278166*      +Web Bank/Dfs,    One Dell Way,    Round Rock, TX 78682-7000
13278167*      +Wfnnb/Fashion Bug,    Po Box 182272,    Columbus, OH 43218-2272
13278168*      +Wfnnb/Valucityroomstod,    Po Box 182303,    Columbus, OH 43218-2303
13268773       ##+Chase,   10790 Rancho Bernardo Road,    San Diego, CA 92127-5705
13279086       ##+Rjm Acquisitions Llc,    575 Underhill Blvd, Suite 224,    Syosset, NY 11791-3416
                                                                                    TOTALS: 6, * 37, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-7          User: amaz                Page 3 of 3             Date Rcvd: Apr 26, 2017
                              Form ID: 3180W            Total Noticed: 46
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 26, 2017 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    JPMC Specialty Mortgage, LLC ecfmail@mwc-law.com
              Andrew F Gornall    on behalf of Creditor    JPMC Specialty Mortgage LLC f/k/a WM Specialty
               Mortgage LLC agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    JPMC Specialty agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Ann E. Swartz    on behalf of Creditor    JPMC Specialty Mortgage, LLC ecfmail@mwc-law.com
              James Warmbrodt    on behalf of Creditor    JPMC Specialty Mortgage LLC f/k/a WM Specialty
               Mortgage LLC bkgroup@kmllawgroup.com
              Marisa Myers Cohen    on behalf of Creditor    JPMC Specialty Mortgage, LLC mcohen@mwc-law.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Sharon L. Temple ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor Steven P. Temple ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 10
```