**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    STEVEN P. TEMPLE
    SHARON L. TEMPLE
        Debtor(s)

Ronda J. Winnecour
      Movant
    vs.
No Repondents.

**DEFAULT O/E JAD**

Case No.:12-70010 JAD

Chapter 13

Document No.: 65

## ORDER OF COURT

AND NOW, this __26th__ day of __April__, 20__17__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

U.S. BANKRUPTCY JUDGE   sjk
Jeffery A. Deller

FILED
4/26/17 8:17 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                          Case No. 12-70010-JAD
Steven P. Temple                                                Chapter 13
Sharon L. Temple
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0315-7          User: amaz                  Page 1 of 3                   Date Rcvd: Apr 26, 2017
                              Form ID: pdf900             Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 28, 2017.
db/jdb         +Steven P. Temple,    Sharon L. Temple,    2932 Spruce Avenue,    Altoona, PA 16601-1677
cr             +JPMORGAN CHASE BANK, N.A.,    10790 Racho Bernardo Road,    San Diego, CA 92127-5705
13268760       +Allegheny Regional Endoscopy,    810 Valley View Blvd.,    Altoona, PA 16602-6342
13268761        Altoona Emergency Phys,    P.O. Box 62282,    Baltimore, MD 21264-2282
13268762        Altoona Hospital,    620 Howard Avenue,    Altoona, PA 16601-4899
13268764        Amc Mortgage Services,    2077 N Main Street, Suite 1050,    Santa Ana, CA 92706
13268763       +Amc Mortgage Services,    Po Box 11000,    Santa Ana, CA 92711-1000
13301008       +BENEFICIAL CONSUMER DISCOUNT COMPANY,    636 GRAND REGENCY BLVD.,    BRANDON, FL. 33510-3942
13268766       +Bank of America,    450 American Street,    Simi Valley, CA 93065-6285
13268767       +Beneficial/Hfc,    Po Box 3425,    Buffalo, NY 14240-3425
13268768       +Blair Gastro Associates,    810 Valley View Boulevard,    Altoona, PA 16602-6342
13268770      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,      Po Box 85520,    Richmond, VA 23285)
13268771       +Cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
13268772       +Central Credit Audit,    100 N 3rd Street,    Sunbury, PA 17801-2367
13268774      #+Collection Service Center,    Po Box 68,    Altoona, PA 16603-0068
13268775       +Commonwealth Financial,    237 N Main Street,    Dickson City, PA 18519-1651
13268776       +Credit Control,    2410 Broad Avenue,    Altoona, PA 16601-1940
13268777        Credit First,    6275 Eastland Road,    Brook Park, OH 44142-1399
13268779       +Fashion Bug,    1103 Allen Drive,    Milford, OH 45150-8763
13268778       +Fashion Bug,    Po Box 84073,    Columbus, GA 31908-4073
13268781       +Fncl Health,    12850 Middlebrook, Suite 307,    Germantown, MD 20874-5244
13268782       +G Jwl/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13268786       +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13380887       +JPMC Specialty Mortgage, LLC,    Attn: Correspondence Mail,    Mail Code: LA4-5555,
                 700 Kansas Lane,    Monroe, LA 71203-4774
13326979       +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,    San Diego CA 92108-2709
13268788       +Pnc Mortgage,    6 N Main Street,    Dayton, OH 45402-1908
13268790       +Target Nb,    Po Box 673,    Minneapolis, MN 55440-0673
13268791       +Tnb - Target,    Po Box 673,    Minneapolis, MN 55440-0673
13268785      ++WACHOVIA BANK NA,    MAC X2303-01A,    1 HOME CAMPUS,    1ST FLOOR,    DES MOINES IA 50328-0001
               (address filed with court: Homeq Servicing,      Po Box 13716,    Sacramento, CA 95853)
13268792       +Web Bank/Dfs,    One Dell Way,    Round Rock, TX 78682-7000
13268793       +Wfnnb/Fashion Bug,    Po Box 182272,    Columbus, OH 43218-2272
13268794       +Wfnnb/Valucityroomstod,    Po Box 182303,    Columbus, OH 43218-2303

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Apr 27 2017 01:05:14      Green Tree Servicing,LLC,
                 7340 S. Kyrene Rd.,    Recovery Dept. T-120,    Tempe, AZ 85283-4573
13268765        E-mail/Text: g20956@att.com Apr 27 2017 01:11:40     AT & T Mobility,    1801 Valley View Lane,
                 Dallas, TX 75234-8906
13268759       +E-mail/Text: ebn@ltdfin.com Apr 27 2017 01:10:59      Advantage Assetts,
                 7322 Southwest Freeway,    Suite 1600,    Houston, TX 77074-2134
13268769        Fax: 814-946-3723 Apr 27 2017 01:43:38     Blair Medical Associates,    1414 9th Avenue,
                 Altoona, PA 16602-2452
13268780       +E-mail/Text: bankruptcynotice@fcbanking.com Apr 27 2017 01:10:57       First Commonwealth Bank,
                 601 Philadelphia Street,    Indiana, PA 15701-3952
13268783        E-mail/PDF: gecsedi@recoverycorp.com Apr 27 2017 01:05:13      Ge Money Bank Lowes,
                 Po Box 103065,    Roswell, GA 30076
13268784       +E-mail/PDF: gecsedi@recoverycorp.com Apr 27 2017 01:05:13      Gecrb/Lowbrc,    Po Box 956005,
                 Orlando, FL 32896-0001
13980457       +E-mail/PDF: gecsedi@recoverycorp.com Apr 27 2017 01:04:59      Green Tree Servicing LLC,
                 7340 S. Kyrene Rd.,    Recovery Dept - T120,    Tempe, AZ 85283-4573
13370203        E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 27 2017 01:11:32       JEFFERSON CAPITAL SYSTEMS LLC,
                 PO BOX 7999,    ST CLOUD MN 56302
13268787       +E-mail/Text: ebn@ltdfin.com Apr 27 2017 01:10:59      Ltd Financial Services,
                 7322 Southwest Freeway,    Suite 1,    Houston, TX 77074-2010
13370516        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 27 2017 01:13:31
                 Portfolio Recovery Associates, LLC,     PO Box 12914,    Norfolk VA 23541
13268789       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 27 2017 01:13:31
                 Portfolio Recovery & Affil,    120 Corporate Boulevard,    Suite 1,    Norfolk, VA 23502-4952
13290513       +E-mail/Text: bncmail@w-legal.com Apr 27 2017 01:11:29      TARGET NATIONAL BANK,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                               TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             JPMC Specialty
cr             JPMC Specialty Mortgage LLC f/k/a WM Specialty Mor
cr             JPMC Specialty Mortgage, LLC
cr             JPMorgan Chase Bank, National Association
13268758       Steven P. Temple and Sharon L. Temple
13278132       Steven P. Temple and Sharon L. Temple
```

```
District/off: 0315-7              User: amaz              Page 2 of 3              Date Rcvd: Apr 26, 2017
                                  Form ID: pdf900         Total Noticed: 45

cr*           ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
              (address filed with court: JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,
               ST CLOUD, MN  56302-9617)
13278139*      AT & T Mobility,    1801 Valley View Lane,    Dallas, TX 75234-8906
13278133*     +Advantage Assetts,    7322 Southwest Freeway,    Suite 1600,    Houston, TX 77074-2134
13278134*     +Allegheny Regional Endoscopy,    810 Valley View Blvd.,    Altoona, PA 16602-6342
13278135*      Altoona Emergency Phys,    P.O. Box 62282,    Baltimore, MD 21264-2282
13278136*      Altoona Hospital,    620 Howard Avenue,    Altoona, PA 16601-4899
13278137*     +Amc Mortgage Services,    Po Box 11000,    Santa Ana, CA 92711-1000
13278138*      Amc Mortgage Services,    2077 N Main Street, Suite 1050,    Santa Ana, CA 92706
13278140*     +Bank of America,   450 American Street,    Simi Valley, CA 93065-6285
13278141*     +Beneficial/Hfc,    Po Box 3425,    Buffalo, NY 14240-3425
13278142*     +Blair Gastro Associates,    810 Valley View Boulevard,    Altoona, PA 16602-6342
13278143*      Blair Medical Associates,    1414 9th Avenue,    Altoona, PA 16602-2452
13278144*    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
13278145*     +Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13278146*     +Central Credit Audit,    100 N 3rd Street,    Sunbury, PA 17801-2367
13278147*     +Chase,    10790 Rancho Bernardo Road,    San Diego, CA 92127-5705
13278148*     +Collection Service Center,    Po Box 68,    Altoona, PA 16603-0068
13278149*     +Commonwealth Financial,    237 N Main Street,    Dickson City, PA 18519-1651
13278150*     +Credit Control,    2410 Broad Avenue,    Altoona, PA 16601-1940
13278151*      Credit First,    6275 Eastland Road,    Brook Park, OH 44142-1399
13278153*     +Fashion Bug,    1103 Allen Drive,    Milford, OH 45150-8763
13278152*     +Fashion Bug,    Po Box 84073,    Columbus, GA 31908-4073
13278154*     +First Commonwealth Bank,    601 Philadelphia Street,    Indiana, PA 15701-3952
13278155*     +Fncl Health,    12850 Middlebrook, Suite 307,    Germantown, MD 20874-5244
13278156*     +G Jwl/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13278157*      Ge Money Bank Lowes,    Po Box 103065,    Roswell, GA 30076
13278158*     +Gecrb/Lowbrc,    Po Box 956005,    Orlando, FL 32896-0001
13278160*     +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13278161*     +Ltd Financial Services,    7322 Southwest Freeway,    Suite 1,    Houston, TX 77074-2010
13278162*     +Pnc Mortgage,    6 N Main Street,    Dayton, OH 45402-1908
13278163*     +Portfolio Recovery & Affil,    120 Corporate Boulevard,    Suite 1,    Norfolk, VA 23502-4952
13278164*     +Target Nb,    Po Box 673,    Minneapolis, MN 55440-0673
13278165*     +Tnb - Target,    Po Box 673,    Minneapolis, MN 55440-0673
13278159*    ++WACHOVIA BANK NA,    MAC X2303-01A,    1 HOME CAMPUS,    1ST FLOOR,    DES MOINES IA 50328-0001
              (address filed with court: Homeq Servicing,    Po Box 13716,    Sacramento, CA 95853)
13278166*     +Web Bank/Dfs,    One Dell Way,    Round Rock, TX 78682-7000
13278167*     +Wfnnb/Fashion Bug,    Po Box 182272,    Columbus, OH 43218-2272
13278168*     +Wfnnb/Valucityroomstod,    Po Box 182303,    Columbus, OH 43218-2303
13268773     ##+Chase,    10790 Rancho Bernardo Road,    San Diego, CA 92127-5705
13279086     ##+Rjm Acquisitions Llc,    575 Underhill Blvd, Suite 224,    Syosset, NY 11791-3416
                                                                                 TOTALS: 6, * 37, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-7          User: amaz                  Page 3 of 3                  Date Rcvd: Apr 26, 2017
                              Form ID: pdf900             Total Noticed: 45
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 26, 2017 at the address(es) listed below:

```
          Alexandra Teresa Garcia    on behalf of Creditor    JPMC Specialty Mortgage, LLC ecfmail@mwc-law.com
          Andrew F Gornall    on behalf of Creditor    JPMC Specialty Mortgage LLC f/k/a WM Specialty
           Mortgage LLC agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Andrew F Gornall    on behalf of Creditor    JPMC Specialty agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Ann E. Swartz    on behalf of Creditor    JPMC Specialty Mortgage, LLC ecfmail@mwc-law.com
          James  Warmbrodt    on behalf of Creditor    JPMC Specialty Mortgage LLC f/k/a WM Specialty
           Mortgage LLC bkgroup@kmllawgroup.com
          Marisa Myers Cohen    on behalf of Creditor    JPMC Specialty Mortgage, LLC mcohen@mwc-law.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.    on behalf of Joint Debtor Sharon L. Temple ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Paul W. McElrath, Jr.    on behalf of Debtor Steven P. Temple ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 10
```